IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL FLOYD, )
 )
Plaintiff, )
 )
vs. ) No.: 05cv-2364-B/P
 )
 )
UNIVERSITY OF MEMPHIS, )
 )
Defendant. )

## INVOLUNTARY DISMISSAL UPON STIPULATION

Pursuant to Rule 41 of the Federal Rules of Civil Procedures, the Plaintiff's counsel hereby takes a involuntary dismissal.

IT IS THEREFORE ORDERED BY THE COURT that the defendant go hence and recover of Plaintiff all costs herein accrued for which let execution issue.

_____
JUDGE

11/14/05
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-15-05

APPROVED AS TO FORM:

*[signature]*
_____
Darrell J. O'Neal (BPR#20927)
Attorney for Plaintiff
2129 Winchester Road
Memphis, TN 38116
(901) 345-8009

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02364 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT