*UNITED STATES DISTRICT COURT*
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 NOV 17 AM 6:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MICHAEL FLOYD, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF MEMPHIS, | CASE NO: 2:05cv2364-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Involuntary Dismissal Upon Stipulation entered on November 15, 2005, this cause is hereby dismissed, and judgment is entered in favor of the Defendant, University of Memphis, and against the Plaintiff, Michael Floyd.

APPROVED:

_/s/ J. Daniel Breen_
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

11/16/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_/s/ Earline Grayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-17-05

(6)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02364 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT